Decision Per Curiam.

---

Moses Cashman and Harry J. Cashman, Partners as M. Cashman & Son, Simon Forcheimer, Garnishee, Plaintiffs in Error, vs. Wallace, Elliott & Company, Defendants in Error.

## DIVISION A.

Writ of error to Circuit Court, Escambia county; Evelyn C. Maxwell, Judge.

*Liddon & Eagan,* for Plaintiff in Error.

*Wm. Fisher and E. D. Beggs* (A. A. Fisher on the brief) for defendant in Error.

This action was brought by the plaintiffs in Error against the defendants in error. There was judgment for the defendants and the plaintiffs take writ of error. The judgment is affirmed.

Decision Per Curiam.